# U.S. District Court
# District of Montana LIVE (Great Falls)
# CIVIL DOCKET FOR CASE #: 4:05-cv-00122-SEH
# Internal Use Only

Burns & McDonnell Engineering Company v. Anderson
Assigned to: Judge Sam E Haddon
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 12/27/2005
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Burns & McDonnell Engineering Company**
*Inc*

represented by **Gregory G. Smith**
SMITH OBLANDER & MORA
PO Box 2685
Great Falls, MT 59403-2685
406-453-8144
Fax: 453-8170
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome V. Bales**
Lathrop & Gage L.C.
2345 Grand Blvd
Suite 2800
Kansas City, MO 64108
816-460-5747
Fax: 816-292-2001
*ATTORNEY TO BE NOTICED*

**Kenton E. Snow**
Lathrop & Gage L.C.
2345 Grand Blvd
Suite 2800
Kansas City, MO 64108
816-460-5511
Fax: 816-292-2001
*ATTORNEY TO BE NOTICED*

**Stephanie A. Oblander**
SMITH OBLANDER & MORA
Great Falls, MT 59403-2685
406-453-8144
Fax: 453-8170
Email: steph@bigskylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **William H. Anderson**<br>*doing business as*<br>Anderson Engineering | represented by | **Matthew F. McLean**<br>CROWLEY HAUGHEY HANSON<br>TOOLE & DIETRICH<br>PO Box 10969<br>Bozeman, MT 59719-0969<br>406-556-1430<br>Fax: 556-1433<br>Email: mmclean@crowleylaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Neil G. Westesen**<br>CROWLEY HAUGHEY HANSON<br>TOOLE & DIETRICH<br>PO Box 10969<br>Bozeman, MT 59719-0969<br>406-556-1430<br>Fax: 556-1433<br>Email: nwestesen@crowleylaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **United States Army Corps of Engineers**<br>*TERMINATED: 11/21/2007* | represented by | **Mark Steger Smith**<br>OFFICE OF THE U.S. ATTORNEY<br>Billings, MT 59103-1478<br>406-657-6101<br>Fax: 657-6058<br>Email: mark.smith3@usdoj.gov<br>*TERMINATED: 11/21/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2008 | | Remark-Mailed copy of entire file (3 Volumes) with DS to the U.S. Court of Federal Claims, Atten: Debbie Samler, 717 Madison Place NW, Washington D.C. 20005 by Cert Mail 70032260000658501898 (REW, ) (Entered: 01/23/2008) |
| 01/03/2008 | | Notice of Correction: re 101 Certificate of Counsel. Per Teleconf call to cnsl, Local Rule 26.2 Certificates of svc on discovery dcts shall NOT be |

| | | |
|---|---|---|
| | | filed (REW, ) (Entered: 01/03/2008) |
| 01/03/2008 | 101 | CERTIFICATE of Counsel *Certificate of Service of Designation of Experts* by Stephanie A. Oblander on behalf of Burns & McDonnell Engineering Company (Oblander, Stephanie) (Entered: 01/03/2008) |
| 12/19/2007 | | (Court only) ***Deadlines terminated. (REW, ) (Entered: 12/19/2007) |
| 12/14/2007 | | (Court only) ***Deadlines terminated. (REW, ) (Entered: 12/14/2007) |
| 12/12/2007 | 100 | SCHEDULING ORDER:Discovery due by 4/4/2008.,Motions due by 6/13/2008.,Proposed Pretrial Order due by 9/12/2008. A status conf to establish trial date will be set by further order of the court.. Signed by Judge Sam E Haddon on 12/12/2007. Elec Svc to cnsl Westesen, Smith, Oblander, and McLean; Mailing to cnsl Bales, Smith and Snow(REW, ) (Entered: 12/12/2007) |
| 11/21/2007 | | (Court only) *** Party United States Army Corps of Engineers terminated. (REW, ) (Entered: 12/03/2007) |
| 11/21/2007 | 99 | Order Setting: Status Conference set for 11/27/2007 11:00 AM to discuss further handling of the case in light of the Court's Order of 11/21/07 transferring Cts Vi and VI of the First Amended Complt to the US Court of Fed Claims before Judge Sam E. Haddon.. Signed by Judge Sam E. Haddon on 11/21/2007. (rew) Modified on 11/21/2007 to show Elec Svc to cnsl Westesen, Smith, Oblander and McLean; mailed to cnsl Bales, Smith and Snow (Weldele, Renate). (Entered: 11/21/2007) |
| 11/21/2007 | 98 | ORDER denying 78 Pltf's Motion to Compel Mediation; denying 80 Deft US' Motion to Dismiss for Lack of Jurisdiction and Motion to Stay Court Deadlines; granting 94Pltf's Motion to Transfer Action Against Deft US Army Corps of Engineers to US Court of Fed Claims. Counts V and VI of the First Amended Complaint are transferred to the United States Court of Fed Claims. 28 U.S.C. § 1631. Signed by Judge Sam E. Haddon on 11/21/2007. Elec Svc to cnsl McLean, Oblander, Smith and Westesen; Mailing to cnsl Bales, Smith and Snow; Per instructions from the US Court of Fed Claims, file is NOT to be transmitted until 61 days after Order is Issued. (rew) (Entered: 11/21/2007) |
| 11/20/2007 | | (Court only) ***Motions Submitted: 94 MOTION to Transfer to Federal Court of Claims, ***Deadlines terminated. (rew) (Entered: 11/20/2007) |
| 11/19/2007 | 97 | REPLY to Response to Motion re 80 MOTION to Dismiss for Lack of Jurisdiction filed by United States Army Corps of Engineers. (Smith, Mark) (Entered: 11/19/2007) |
| 11/19/2007 | 96 | RESPONSE to Motion re 94 MOTION to Transfer to Federal Court of Claims filed by United States Army Corps of Engineers. (Smith, Mark) (Entered: 11/19/2007) |
| 11/06/2007 | | (Court only) ***Deadlines terminated. (rew) (Entered: 11/06/2007) |

| | | |
|---|---|---|
| 11/06/2007 | | Set/Reset Deadlines as to 80 MOTION to Dismiss for Lack of Jurisdiction, reply due 11/19/2007 94 MOTION to Transfer to Federal Court of Claims. Responses due by 11/19/2007. (Entered: 11/06/2007) |
| 11/06/2007 | | (Court only) ***Motions Submitted: 80 MOTION to Dismiss for Lack of Jurisdiction (rew) (Entered: 11/06/2007) |
| 11/05/2007 | 95 | Brief/Memorandum in Support re 94 MOTION to Transfer to Federal Court of Claims filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 11/05/2007) |
| 11/05/2007 | 94 | MOTION to Transfer to Federal Court of Claims by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 11/05/2007) |
| 11/05/2007 | 93 | RESPONSE to Motion re 80 MOTION to Dismiss for Lack of Jurisdiction filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 11/05/2007) |
| 10/30/2007 | 92 | ORDER granting 91 Motion for Extension of Time to File Response/Reply re, 80 MOTION to Dismiss for Lack of Jurisdiction Responses due by 11/5/2007. Replies due by 11/19/2007.. Signed by Judge Sam E. Haddon on 10/30/2007. Elec Svc to cnsl McLean, Oblander, Smith and Westesen; Mailing to cnsl Bales, Smith, and Snow (rew) Modified on 11/2/2007 to show filing date of 10/30/2007(rew, ). (Entered: 10/31/2007) |
| 10/30/2007 | | (Court only) Set/Reset Deadlines as to 80 MOTION to Dismiss for Lack of Jurisdiction., ***Deadlines terminated. Responses due by 11/5/2007. (rew) (Entered: 10/30/2007) |
| 10/26/2007 | 91 | MOTION for Extension of Time to File Response/Reply by Burns & McDonnell Engineering Company. (Oblander, Stephanie) Modified on 10/29/2007 to Show that a call to Cnsl Oblander was made requesting that a prop Order needs to be attchd as an Exh; cnsl stated a prop Order was E-Mailed to the Court(rew, ). (Entered: 10/26/2007) |
| 10/24/2007 | | (Court only) ***Motions Submitted: 78 MOTION for Mediation *Motion to Compel Mediation*, 82 MOTION to Stay re 77 Preliminary Pretrial Conference Order, *(Court deadlines contained in Preliminary Pretrial Conf. Order)*, ***Deadlines terminated., ***Motions terminated: 82 MOTION to Stay re 77 Preliminary Pretrial Conference Order, *(Court deadlines contained in Preliminary Pretrial Conf. Order)* filed by United States Army Corps of Engineers. (rew) (Entered: 10/24/2007) |
| 10/18/2007 | 89 | REPLY to Response to Motion re 78 MOTION for Mediation *Motion to Compel Mediation* filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 10/18/2007) |
| 10/17/2007 | 90 | Order Vacating Preliminary Pretrial Conference set for 10/22/07 at 4:30 p.m. To be reset by further Order of the Court. Signed by Judge Sam E. Haddon on 10/17/2007. (SLR) Modified on 10/18/2007 to correct time of vacated PTC (SLR ). Modified on 10/24/2007 to reflect that copies were mailed to Jerome Bales, Greg Smith, and Kenton Snow (SLR). (Entered: 10/18/2007) |

| | | |
|---|---|---|
| 10/10/2007 | 88 | PRELIMINARY PRETRIAL STATEMENT by United States Army Corps of Engineers. (Smith, Mark) (Entered: 10/10/2007) |
| 10/10/2007 | 87 | PRELIMINARY PRETRIAL STATEMENT by William H. Anderson. (McLean, Matthew) (Entered: 10/10/2007) |
| 10/10/2007 | 86 | PRELIMINARY PRETRIAL STATEMENT by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 10/10/2007) |
| 10/05/2007 | | NOTICE REGARDING ELECTRONIC SIGNATURE/DATE: re 85 Joint Discovery Plan. The signature on this document does not comply with L.R. 11.1 (b) and 11.2, and section I(i) of the ECF Administrative Procedures Manual, or the document is not dated. This notice is for your information for future filings. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (SLR) (Entered: 10/05/2007) |
| 10/05/2007 | 85 | JOINT DISCOVERY PLAN by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 10/05/2007) |
| 10/04/2007 | | (Court only) ***Deadlines terminated. (rew) (Entered: 10/04/2007) |
| 10/04/2007 | | (Court only) ***Deadlines terminated. (rew) (Entered: 10/04/2007) |
| 10/04/2007 | | (Court only) ***Deadlines terminated., Set/Reset Deadlines as to 78 MOTION for Mediation *Motion to Compel Mediation*, 82 MOTION to Stay re 77 Preliminary Pretrial Conference Order, *(Court deadlines contained in Preliminary Pretrial Conf. Order)*. Responses due by 10/17/2007. Replies due by 10/17/2007. (rew) (Entered: 10/04/2007) |
| 10/03/2007 | 84 | RESPONSE to Motion re 64 MOTION to Compel *Mediation* filed by United States Army Corps of Engineers. (Attachments: # 1 Exhibit 1 - Amendment No. 1 to Settlement Agreement# 2 Exhibit 2 - Amendment No. 2 to Settlement Agreement# 3 Exhibit 3 - Amendment No. 3 to Settlement Agreement)(Smith, Mark) (Entered: 10/03/2007) |
| 10/03/2007 | 83 | Brief/Memorandum in Support re 82 MOTION to Stay re 77 Preliminary Pretrial Conference Order, *(Court deadlines contained in Preliminary Pretrial Conf. Order)* filed by United States Army Corps of Engineers. (Smith, Mark) (Entered: 10/03/2007) |
| 10/03/2007 | 82 | MOTION to Stay re 77 Preliminary Pretrial Conference Order, *(Court deadlines contained in Preliminary Pretrial Conf. Order)* by United States Army Corps of Engineers. (Smith, Mark) (Entered: 10/03/2007) |
| 10/03/2007 | 81 | Brief/Memorandum in Support re 80 MOTION to Dismiss for Lack of Jurisdiction filed by United States Army Corps of Engineers. (Smith, Mark) (Entered: 10/03/2007) |
| 10/03/2007 | 80 | MOTION to Dismiss for Lack of Jurisdiction by United States Army Corps of Engineers.Responses due by 10/26/2007. (Smith, Mark) (Entered: 10/03/2007) |

| | | |
|---|---|---|
| 09/26/2007 | | (Court only) ***Staff notes, Set/Reset Deadlines as to 78 MOTION for Mediation *Motion to Compel Mediation*. Responses due by 10/10/2007. (rew) (Entered: 09/26/2007) |
| 09/26/2007 | 79 | Brief/Memorandum in Support re 78 MOTION for Mediation *Motion to Compel Mediation* filed by Burns & McDonnell Engineering Company. (Attachments: # 1 Exhibit A to Brief)(Oblander, Stephanie) (Entered: 09/26/2007) |
| 09/26/2007 | 78 | MOTION to Compel Mediation by Burns & McDonnell Engineering Company. (Oblander, Stephanie) Modified on 9/27/2007 to show that COE does oppose Mtn; Anderson does not oppose and for clarification of entry(rew, ). (Entered: 09/26/2007) |
| 09/17/2007 | 77 | PRELIMINARY PRETRIAL CONFERENCE ORDERPreliminary Pretrial Statement due by 10/10/2007.,Joint Discovery Plan due by 10/10/2007.,Pretrial Conference set for 10/22/2007 04:30 PM in Great Falls, MT before Judge Sam E. Haddon.. Signed by Judge Sam E. Haddon on 9/17/2007. Elec Svc to cnsl McLean, Oblander, Smith and Westesen; Copies mailed to cnsl Bales, Smith and Snow(rew) (Entered: 09/17/2007) |
| 09/11/2007 | | (Court only) ***Staff notes-Cpy of DS to Court, Answer filed by US Army Corp of Engineers (rew) (Entered: 09/11/2007) |
| 09/07/2007 | 76 | ANSWER to Amended Complaint by United States Army Corps of Engineers.(Smith, Mark) (Entered: 09/07/2007) |
| 09/05/2007 | | (Court only) ***Deadlines terminated. (rew) (Entered: 09/05/2007) |
| 09/04/2007 | | (Court only) ***Staff notes-Dct #75 to Judge Haddon's Chambers immed for Review (rew) (Entered: 09/04/2007) |
| 09/04/2007 | 75 | Brief/Response to Order filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 09/04/2007) |
| 08/23/2007 | 74 | Order Setting: Plt Burns & McDonnell Engineering Inc. shall file a report to the Court on or before Sept 4, 2007 as to why no answer or appearance has been. Signed by Judge Sam E. Haddon on 8/23/2007. Elec Svc to cnsl McLean, Oblander and Westesen, mailing to cnsl Bales, Smith and Snow(rew) (Entered: 08/24/2007) |
| 08/14/2007 | | (Court only) ***DATA CLEANUP OF PAST DUE ANSWER DDL. Deadlines terminated. (cad) (Entered: 08/14/2007) |
| 06/12/2007 | 73 | SUMMONS Returned Executed by Burns & McDonnell Engineering Company. United States Army Corps of Engineers served on 5/2/2007, answer due 7/9/2007. (Oblander, Stephanie) (Entered: 06/12/2007) |
| 06/12/2007 | 72 | SUMMONS Returned Executed by Burns & McDonnell Engineering Company. United States Army Corps of Engineers served on 5/7/2007, answer due 7/9/2007. (Oblander, Stephanie) (Entered: 06/12/2007) |

| | | |
|---|---|---|
| 06/12/2007 | 71 | SUMMONS Returned Executed by Burns & McDonnell Engineering Company. United States Army Corps of Engineers served on 5/2/2007, answer due 7/9/2007. (Oblander, Stephanie) (Entered: 06/12/2007) |
| 06/12/2007 | 70 | SUMMONS Returned Executed by Burns & McDonnell Engineering Company. United States Army Corps of Engineers served on 5/8/2007, answer due 7/9/2007. (Oblander, Stephanie) (Entered: 06/12/2007) |
| 05/30/2007 | | (Court only) ***Staff notes, Set/Reset Deadlines: United States Army Corps of Engineers answer due 7/2/2007. (rew) (Entered: 05/30/2007) |
| 05/30/2007 | | Remark-CPY OF DS TO SEH CHAMBERS; NO DEADLINES, NO MTNS PENDING (rew) (Entered: 05/30/2007) |
| 05/21/2007 | 69 | *Defendant Anderson Engineering's* ANSWER to Amended Complaint *and Demand for Jury Trial* by William H. Anderson.(McLean, Matthew) (Entered: 05/21/2007) |
| 05/02/2007 | 68 | Order Vacating all outstanding Orders and Deadlines, incl FPT Conf set for June 18, 07 and Trial set for June 25, 07. The Court will schedulle a prel conf to est a pretril sched and trial upon appearance of US Army Corps of Engineers. Signed by Judge Sam E. Haddon on 5/2/2007. Elec Svc to cnsl McLean, Obland, and Westesen, mailing to cnsl Bales, Smith and Snow Modified on 5/2/2007 to show cpy of Order to SR for vacating of JT (rew, ). (Entered: 05/02/2007) |
| 05/02/2007 | 67 | AMENDED COMPLAINT *First Amended Complaint* against all defendants, filed by Burns & McDonnell Engineering Company. (Attachments: # 1 Exhibit Exhibit A to First Amended Complaint)(Oblander, Stephanie) (Entered: 05/02/2007) |
| 04/26/2007 | | Summons Issued as to Alberto Gonzales, U.S. Army Corps of Engineers at 106 South 15th Street, U.S. Army Corps of Engineers Headquarters, Civil Process Clerk. (MMS, ) (Entered: 04/27/2007) |
| 04/24/2007 | | (Court only) ***Party United States Army Corps of Engineers added. (MMS, ) (Entered: 04/27/2007) |
| 04/24/2007 | 66 | ORDER granting 63 Pltf's Burns & McDonnell Eng's Unopposed Motion to Amend Complaint. Svc of process upon the US Corps of Ingineers shall be undertaken and completed forthwith. . Signed by Judge Sam E. Haddon on 4/24/2007. Elec Svc on cnsl McLean, Oblander and Westesen; Mailing too cnsl Bales, Smith and Snow (rew, ) (Entered: 04/24/2007) |
| 04/24/2007 | 65 | ORDER denying 64 Pltf' Burns & McDonnell Eng Unopposed Motion to Compel Mediation without prejudice to renewal if approp following svc of process upon and appearance by the COE.. Signed by Judge Sam E. Haddon on 4/24/2007. Elec Svc to cnsl McLean, Oblander and Westesen; Cps mailed to cnsl Bales, Smith and Snow (rew, ) (Entered: 04/24/2007) |
| 04/11/2007 | | Notice of Correction: re 64 MOTION to Compel- Exh A should have been scanned as an attacht to the Mtn to Compel, notified cnsl *Mediation*. (rew, ) |

| | | |
|---|---|---|
| | | (Entered: 04/11/2007) |
| 04/11/2007 | 64 | MOTION to Compel *Mediation* by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 04/11/2007) |
| 04/11/2007 | 63 | MOTION to Amend Complaint by Burns & McDonnell Engineering Company. (Attachments: # 1 # 2 Exhibit First Amended Complaint)(Oblander, Stephanie) (Entered: 04/11/2007) |
| 03/26/2007 | 62 | TRANSCRIPT of Motion Proceedings held on 03/20/2007 before Judge Hon Sam E. Haddon. Court Reporter: Tina Brilz. [Transcript in Brown Expando with the other Transcript in the above case] (rew, ) (Entered: 03/27/2007) |
| 03/21/2007 | | (Court only) ***Motions Deadlines of 3/2/07 terminated. (LJM, ) (Entered: 03/21/2007) |
| 03/20/2007 | 61 | Minute Entry for MOTION HEARING held 3/20/07 before Judge Sam E. Haddon in GF: Pltf Cnsl/Jerome Bales, Dft Cnsl/Matthew McLean, Neil Westesen. Crt will address motions 42,32,34,37, in that order. Bales states position with regards to 42 Motion to Strike Expert Report and Motion in Limine, McLean responds. Crt addresses findings and facts and DENIES as Moot Motion to Strike and DENIES Motion in Limine. Westesen states position with regards to 32 Motion in Limine, Bales responds. Crt addresses findings and facts and GRANTS Motion. Westesen states position with regards to 34 Motion for Summary Judgment, Bales responds. Crt addresses findings and facts and DENIES Motion. McLean states position with regards to 37 Motion for Summary Judgment, Bales responds. Crt addresses findings and facts and DENIES Motion. Crt brfly revisits the potential for resolution with the Army Corp of Engineers. Recess 11:55 am. (Court Reporter Tina Brilz.) (MMS, ) Modified on 3/21/2007 to reflect copy mailed to Bales, Smith, Snow (MMS, ). (Entered: 03/21/2007) |
| 03/20/2007 | 60 | ORDER denying 37Deft Anderson Engineering's Motion for Summary Judgment on Claim for Contractual Indemnity; 42 Pltf's Motion to Strike Expert Report and Motion in Limine Regarding Defendant's Expert Christian Nygren is GRANTED IN PART and DENIE IN PART as follows: (a) As to the striking of the expert report, the motion is DENIED as moot; (b) Christian Nygren (Nygren) may testify as to appropriate industry standards upon proper foundation (c) Nygren may not testify as to Deft's duty to mitigate (d) Nygren may not testify as to any breach of covenant of good faith and fair dealing nor to any breach of contractual duty, (e) Nygren may not conclude that no investigation was conducted, nor opine as to the adequacy of any investigation conducted by the Corps of Engineers; (f) Nygren may not testify as to the reasonableness of notice, (g) Nygren may, upon adequate foundation, testify as to whether failure "to perform any investigation" breach industry standards of care, (h) Nygren may not analogize between Deft and a surety, (i) Nygren may, upon adequate foundation, comment upon the reasonableness of settlement. 32 Deft's Motion in Limine Re: John Stahl "Rebuttal" Expert Testimony is |

| | | |
|---|---|---|
| | | GRANTED as to Plaintiff's case in chief, and DENIED as to rebuttal, if appropriate 34Deft's Motion for Summary Judgment Re: Reasonableness of Underlying Settlement is DENIED.. Signed by Judge Sam E. Haddon on 3/20/2007. Elec filing to cnsl McLean and Oblander; Mailing to cnsl Bales, Smith and Snow (rew, ) (Entered: 03/21/2007) |
| 03/15/2007 | | Remark: Attorney Neil Westesen filed a document on 1/31/07 is this case and did not associated himself with the party at the time of filing the document.The Clerk's office has added Mr. Westesen to the case file and all future documents will be sent to him by email notification. In the future, any first appearance in a case file requires the filing party to create an association between the party and the attorney by putting a check mark in the box at the screen when the filer is told there is no association between this party and this filer. At the conclusion of a filing, the filer will receive a Notice of Electronic filing on the screen to show proof of the filing. If there are questions, please contact the Help Desk Line at 1-866-463-4052. (SLN) (Entered: 03/15/2007) |
| 03/12/2007 | 59 | ORDER Setting Hearing on Motion 34 MOTION for Summary Judgment *Re: Reasonableness of Underlying Settlement*, 32 MOTION in Limine *Re John Stahl "Rebuttal" Expert Testimony*, 42 PLAINITIFF MOTION to Strike *Expert Report And Motion In Limine*, 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity*: Motion Hearing set for 3/20/2007 10:30 AM in Great Falls, MT before Judge Sam E. Haddon.. Signed by Judge Sam E. Haddon on 3/12/2007. Modified on 3/13/2007 to Show Elec Svc to cnsl McLean and Oblander; Mailing to cnsl Snow, Smith and Bales (Entered: 03/13/2007) |
| 03/12/2007 | 58 | REPLY Brief filed by Defendant William H. Anderson re: 36 Brief/Memorandum in Support, *Reply Brief in Support of Motion for Summary Judgment Re: Reasonableness of Underlying Settlement* filed by William H. Anderson. (Attachments: # 1 Exhibit Exhibit 1)(Westesen, Neil) (Entered: 03/12/2007) |
| 03/12/2007 | | (Court only) ***Motions Submitted: 42 PLAINITIFF MOTION to Strike *Expert Report And Motion In Limine*, 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity* (rew, ) (Entered: 03/12/2007) |
| 03/12/2007 | 57 | REPLY Brief filed by Defendant William H. Anderson re: 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity* filed by William H. Anderson. (McLean, Matthew) (Entered: 03/12/2007) |
| 03/09/2007 | 56 | REPLY Brief filed by Plaintiff Burns & McDonnell Engineering Company re: 42 PLAINITIFF MOTION to Strike *Expert Report And Motion In Limine Regarding Defendant's Expert Christian Nygren* filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 03/09/2007) |
| 03/06/2007 | 55 | ORDER granting 54 Pltf's Mtn for Extension of Time until 4/9/2007 to Take Deposition from Don Streib; All other deadlines remain in full force and effect . Signed by Judge Sam E. Haddon on 3/6/2007. Elect Svc to cnsl |

| | | |
|---|---|---|
| | | McLean and Oblander, mailing to cnsl Bales, Snow and Smith (rew, ) (Entered: 03/06/2007) |
| 03/06/2007 | 54 | MOTION to Take Deposition from Don Streib *Unopposed Motion For Extension Of Time* by Burns & McDonnell Engineering Company. (Attachments: # 1)(Oblander, Stephanie) (Entered: 03/06/2007) |
| 03/02/2007 | 53 | RESPONSE in Opposition re 42 PLAINITIFF MOTION to Strike *Expert Report And Motion In Limine Regarding Expert Christian Nygren* filed by William H. Anderson. (Attachments: # 1 Exhibit 1)(McLean, Matthew) (Entered: 03/02/2007) |
| 02/26/2007 | 52 | Statement of Genuine Issues re: 50 Brief/Memorandum in Opposition. (Oblander, Stephanie) (Entered: 02/26/2007) |
| 02/26/2007 | 51 | AFFIDAVIT *of Robert Bradford* by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 02/26/2007) |
| 02/26/2007 | 50 | Brief/Memorandum in Opposition re 34 MOTION for Summary Judgment *Re: Reasonableness of Underlying Settlement* filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 02/26/2007) |
| 02/26/2007 | 49 | Statement of Genuine Issues re: 47 Response in Opposition to Motion. (Oblander, Stephanie) (Entered: 02/26/2007) |
| 02/26/2007 | 48 | AFFIDAVIT *Second Affidavit of Robert Bradford* by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 02/26/2007) |
| 02/26/2007 | 47 | RESPONSE in Opposition re 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity* filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 02/26/2007) |
| 02/22/2007 | 46 | COPY OF DEPOSITION of Christian T. Nygren taken on Jan 10, 2007 by Burns & McDonnell Engineering Company, Per Court Order #44 [In Brown Expando on Shelf-Do not Destroy, is not scanned](rew, ) Additional attachment(s) added on 2/23/2007 (rew, Modified on 2/23/2007 to show Notice of Conventional Filing attached (rew, ). (Entered: 02/23/2007) |
| 02/22/2007 | | (Court only) ***Deadlines terminated. (rew, ) (Entered: 02/22/2007) |
| 02/22/2007 | | Set/Reset Deadlines as to 42 PLAINITIFF MOTION to Strike *Expert Report And Motion In Limine*. Responses due by 3/2/2007. Replies due by 3/16/2007. (rew, ) (Entered: 02/22/2007) |
| 02/22/2007 | | (Court only) ***Deadlines terminated on Mtns for SJ/Limine, Mtns submitted to court (rew, ) (Entered: 02/22/2007) |
| 02/22/2007 | | (Court only) ***Motions Submitted: 32 MOTION in Limine *Re John Stahl "Rebuttal" Expert Testimony*, 34 MOTION for Summary Judgment *Re: Reasonableness of Underlying Settlement*, 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity* (rew, ) (Entered: 02/22/2007) |
| 02/21/2007 | 45 | REPLY Brief filed by Defendant William H. Anderson re: 32 Motion in Limine, *Reply Brief in Support of Motion in limine Re John Stahl* filed by |

| | | |
|---|---|---|
| | | William H. Anderson. (Westesen, Neil) Modified on 2/21/2007 to show correct linkage (rew, ). (Entered: 02/21/2007) |
| 02/20/2007 | 44 | ORDER granting 41 Pltf's Unopposed Motion for Leave to File the Deposition Transcript of Christian T. Nygren including exhibits taken on Jan 10, 2007.. Signed by Judge Sam E. Haddon on 2/20/2007.-Elec svc on cnsl McLean and Oblander, Mailing to cnsl Bales, Snow, and Smith (rew, ) (Entered: 02/21/2007) |
| 02/20/2007 | | Remark-Called Cnsl Oblander for future referance that Prop Order must be an attch to Mtn #41 and Prop Order EMailed to Court (rew, ) (Entered: 02/20/2007) |
| 02/16/2007 | 43 | Brief/Memorandum in Support re 42 Pltf's MOTION to Strike *Expert Report And Motion In Limine* filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) Modified on 2/16/2007 (rew, ). (Entered: 02/16/2007) |
| 02/16/2007 | 42 | PLAINTIFF MOTION to Strike *Expert Report And Motion In Limine* by Burns & McDonnell Engineering Company. (Oblander, Stephanie) Modified on 2/16/2007 to show Pltf filed Mtn not Third Party (rew, ). (Entered: 02/16/2007) |
| 02/16/2007 | 41 | MOTION for Leave to File *Deposition Transcript* by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 02/16/2007) |
| 02/15/2007 | | Set/Reset Deadlines as to 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity*. Responses due by 2/26/2007. Replies due by 3/12/2007. (rew, ) (Entered: 02/15/2007) |
| 02/15/2007 | | Set/Reset Deadlines as to 34 MOTION for Summary Judgment *Re: Reasonableness of Underlying Settlement*. Responses due by 2/26/2007. Replies due by 3/12/2007. (rew, ) (Entered: 02/15/2007) |
| 02/15/2007 | | Set/Reset Deadlines as to 32 MOTION in Limine *Re John Stahl "Rebuttal" Expert Testimony*. Responses due by 2/14/2007. Replies due by 2/28/2007. (rew, ) (Entered: 02/15/2007) |
| 02/14/2007 | 40 | Brief/Memorandum in Opposition re 32 MOTION in Limine *Re John Stahl "Rebuttal" Expert Testimony* filed by Burns & McDonnell Engineering Company. (Oblander, Stephanie) (Entered: 02/14/2007) |
| 02/01/2007 | 39 | Brief/Memorandum in Support re 38 Statement of Undisputed Fact, 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity* filed by William H. Anderson. (McLean, Matthew) (Entered: 02/01/2007) |
| 02/01/2007 | 38 | Statement of Undisputed Fact re: 37 MOTION for Summary Judgment *on Claim for Contractual Indemnity* by William H. Anderson filed by William H. Anderson. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2)(McLean, Matthew) (Entered: 02/01/2007) |
| 02/01/2007 | 37 | MOTION for Summary Judgment *on Claim for Contractual Indemnity* by William H. Anderson. (McLean, Matthew) (Entered: 02/01/2007) |

| | | |
|---|---|---|
| 02/01/2007 | 36 | Brief/Memorandum in Support re 34 MOTION for Summary Judgment *Re: Reasonableness of Underlying Settlement* filed by William H. Anderson. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6# 7 Exhibit Exhibit 7)(Westesen, Neil) (Entered: 02/01/2007) |
| 02/01/2007 | 35 | Statement of Undisputed Fact re: 34 MOTION for Summary Judgment *Re: Reasonableness of Underlying Settlement*. (Westesen, Neil) (Entered: 02/01/2007) |
| 02/01/2007 | 34 | MOTION for Summary Judgment *Re: Reasonableness of Underlying Settlement* by William H. Anderson. (Westesen, Neil) (Entered: 02/01/2007) |
| 01/31/2007 | | (Court only) ***Attorney Neil G. Westesen for William H. Anderson added. Attorney appeared with efiling a document on 1/31/07. He forgot to associate himself with the case when filing the document. (SLN) (Entered: 03/15/2007) |
| 01/31/2007 | | NOTICE REGARDING ELECTRONIC SIGNATURE/DATE: re 32 MOTION in Limine *Re John Stahl "Rebuttal" Expert Testimony*, 33 Brief/Memorandum in Support,. The signature on this document does not comply with L.R. 11.1 (b) and section I(i) of the ECF Administrative Procedures Manual, or the document is not dated. This notice is for your information for future filings. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MMS, ) (Entered: 01/31/2007) |
| 01/31/2007 | 33 | Brief/Memorandum in Support re 32 MOTION in Limine *Re John Stahl "Rebuttal" Expert Testimony* filed by William H. Anderson. (Attachments: # 1 Exhibit Exhibit A pages 1-15# 2 Exhibit Exhibit A pages 16-30# 3 Exhibit Exhibit A pages 31-42# 4 Exhibit Exhibit B pages 1-10# 5 Exhibit Exhibit B pages 11-21# 6 Exhibit Exhibit C pages 1-15# 7 Exhibit Exhibit C pages 16-26# 8 Exhibit Exhibit C pages 27-37# 9 Exhibit Exhbit D# 10 Exhibit Exhibit E)(Westesen, Neil) (Entered: 01/31/2007) |
| 01/31/2007 | 32 | MOTION in Limine *Re John Stahl "Rebuttal" Expert Testimony* by William H. Anderson. (Westesen, Neil) (Entered: 01/31/2007) |
| 01/24/2007 | 31 | Order Extending Scheduling Order Deadlines-that the Parties joint Mtn for Ext of time to Depose Don Streib is GRANTED. The deadline for taking is extended to Feb 22, 2007. Signed by Judge Sam E. Haddon on 1/23/2007. Modified on 1/24/2007 to show elec svc to cnsl McLean, Mailed cps to cnsl Bales, Smith and Snow (rew, ). (Entered: 01/24/2007) |
| 11/21/2006 | 30 | ORDER granting 29 Joint Motion for Extension of Scheduling Order Deadlines. Disclosure of rebuttal deadline 12/31/06, close of discovery 1/24/07. In all other respects, the court's scheduling order of 6/1/06, as amnd on 8/18/06 and 9/14/06 shall remain in full force and effect. Signed by Judge Sam E. Haddon on 11/21/2006. (MMS, ) Modified on 11/21/2006 to note order mailed to Bales, McLean, Smith, Snow (MMS, ). (Entered: 11/21/2006) |

| | | |
|---|---|---|
| 11/16/2006 | 29 | JOINT MOTION for Extension of Scheduling Order Deadlines by Burns & McDonnell Engineering Company, William H. Anderson. (MMS, ) Additional attachment(s) added on 11/16/2006 (MMS, ). (Entered: 11/16/2006) |
| 11/08/2006 | 28 | NOTICE to Take Deposition of corporate representative of Pltf Burns & McDonnell Eng Co. on Nov 21, 2006 at 8:30 a.m. at the offices of Burns & McDonnell in Kansas City, MO by Deft Anderson Engineering Modified on 11/8/2006 to show the correct filer Anderson Eng (rew, ). (Entered: 11/08/2006) |
| 11/08/2006 | 27 | NOTICE to Take Deposition of Robert Bradford on Nov 21, 2006 at offices of Burns and McDonnell Engineering in Kansas City, MO by William H. Anderson.(rew, ) (Entered: 11/08/2006) |
| 11/07/2006 | 26 | PROTECTIVE ORDER Regarding Confidential Information. Signed by Judge Sam E. Haddon on 11/7/2006. (MMS, ) Modified on 11/8/2006 to note order mailed to Bales, McLean, Smith, Snow(MMS, ). (Entered: 11/08/2006) |
| 11/03/2006 | 25 | Stipulation and Joint MOTION for Entry of Protective Order Regarding Confidential Information by William H. Anderson. (Attachments: # 1 Text of Proposed Order)(MMS, ) (Entered: 11/03/2006) |
| 11/03/2006 | 24 | Proof of Service filed by William H. Anderson. Summons to Gary Wilson for deposition November 6, 2006 at Crowley, Haughey, etc. (MMS, ) (Entered: 11/03/2006) |
| 11/01/2006 | 23 | NOTICE to Take Deposition of Dean Oakland and Terry Klein on Nov 29th, 2006 at 9:00 am in conf room at law office of Crowley, Haughey et al. by William H. Anderson.(MMS, ) (Entered: 11/01/2006) |
| 10/25/2006 | 22 | NOTICE to Take Deposition of Gary H. Wilson on Nov 6, 2006 at 9:00 a.m. at the law office of Crowley, Haughey, Bozeman, MT by William H. Anderson.(rew, ) (Entered: 10/25/2006) |
| 09/14/2006 | 21 | ORDER granting 20 Motion for Extension of Scheduling Order Rebuttal Deadline. Plaintiff has until November 16, 2006 to disclose rebuttal experts. Signed by Judge Sam E. Haddon on 9/14/2006. (MMS, ) Order mailed to McLean, Bales, Smith, Snow on 9/14/06. (Entered: 09/14/2006) |
| 09/13/2006 | 20 | UNOPPOSED MOTION for Extension of Scheduling Order Rebuttal Deadline by Burns & McDonnell Engineering Company. (MMS, ) (Entered: 09/13/2006) |
| 08/18/2006 | 19 | ORDER granting 18 Motion for Extension of Time to Complete Discovery. Pltf have until Oct 2, 2006 and Dft until Nov 2, 2006 to disclose liability, in all other respects, the Court's Scheduling Order of June 1, 2006 remains in full force. Signed by Judge Sam E. Haddon on 8/18/2006. (MMS, ) (Entered: 08/18/2006) |

| | | |
|---|---|---|
| 08/14/2006 | 18 | UNOPPOSED MOTION for Extension of Sched Order Deadlines-That Pltf have until Oct 2, 2006 and Deft until Nov 2, 2006 to disclose liability and damage experts by Burns & McDonnell Engineering Company-Prop Order to SEH Chambers (rew, ) (Entered: 08/15/2006) |
| 07/26/2006 | 17 | NOTICE to Take Deposition of Roger Meyer on Aug 15th, 2006 at 9:30 a.m. at 5 West conf at law ofrice of Crowley, Haughey et al by William H. Anderson.(rew, ) (Entered: 07/26/2006) |
| 06/27/2006 | 16 | ACKNOWLEDGEMENT OF SERVICE Executed *re Subpoena to Guenzi-Meyers Surveyors* Acknowledgement filed by William H. Anderson. (Charles, David) Modified on 6/28/2006 to show svc date of 6/19/2006(rew, ). (Entered: 06/27/2006) |
| 06/14/2006 | | (Court only) ***Deadlines terminated for PPT conf held 5/22/2006 (rew, ) (Entered: 06/14/2006) |
| 06/01/2006 | 15 | SCHEDULING ORDER: Final Pretrial Conference set for 6/18/2007 04:30 PM in Great Falls, MT before Judge Sam E. Haddon. Amended Pleadings due by 7/21/2006. Discovery due by 12/15/2006. Joinder of Parties due by 7/21/2006. Jury Trial set for 6/25/2007 08:45 AM in Great Falls, MT before Judge Sam E. Haddon. Motions due by 3/2/2007. Proposed Pretrial Order due by 5/4/2007.. Signed by Judge Sam E. Haddon on 5/31/2006. (MMS, ) Modified on 6/1/2006 (MMS, ). (Entered: 06/01/2006) |
| 05/15/2006 | 14 | Acknowledgement and Accemptance if Terms of Admission PHV by Jerome V. Bales and Kenton E. Snow for Burns & McDonnell Engineering Company re 10 Order on Motion to Appear Pro Hac Vice,,, (rew, ) (Entered: 05/15/2006) |
| 05/15/2006 | 13 | PRELIMINARY PRETRIAL STATEMENT by William H. Anderson. (MMS, ) (Entered: 05/15/2006) |
| 05/11/2006 | 12 | PRELIMINARY PRETRIAL STATEMENT by Burns & McDonnell Engineering Company. (MMS, ) Modified on 5/12/2006 (MMS, ). (Entered: 05/12/2006) |
| 05/10/2006 | 11 | JOINT DISCOVERY PLAN. (MMS, ) Modified on 5/12/2006 (MMS, ). (Entered: 05/12/2006) |
| 05/09/2006 | | Filing fee: $ 500.00, receipt number 37233: Checks for 4845 and 4846 for PHV of Kenton E. Snow and Jerome V. Bales. (MMS, ) (Entered: 05/09/2006) |
| 05/09/2006 | 10 | ORDER granting 8 Motion to Appear Pro Hac Vice for Attorney Kenton E. Snow for Burns & McDonnell Engineering Company, granting 9 Motion to Appear Pro Hac Vice for Attorney Jerome V. Bales for Burns & McDonnell Engineering Company. . Signed by Judge Sam E. Haddon on 5/9/2006. (MMS, ) (Entered: 05/09/2006) |
| 05/01/2006 | 9 | Unopposed Amended MOTION for Jerome V. Bales to Appear Pro Hac Vice by Burns & McDonnell Engineering Company.-[check in |

| | | |
|---|---|---|
| | | vault]-Proposed Order to SEH Chambers (rew, ) (Entered: 05/02/2006) |
| 05/01/2006 | 8 | MOTION for Kenton E. Snow to Appear Pro Hac Vice by Burns & McDonnell Engineering Company. [Check in vault]-Prop Order submitted to SEH Chambers (rew, ) (Entered: 05/02/2006) |
| 03/29/2006 | 7 | ORDER denying 4Kenton E. Snow's Motion to Appear Pro Hac Vice, denying 5 Jerome V. Bales' Motion to Appear Pro Hac Vice-Two $250.00 checks remain in vault upon renewal of mtns . Signed by Judge Sam E. Haddon on 3/29/2006. (rew, ) Modified on 3/29/2006 to show cps mailed to Bales and Snow also (rew, ). (Entered: 03/29/2006) |
| 03/24/2006 | 6 | PRELIMINARY PRETRIAL CONFERENCE ORDERPreliminary Pretrial Statement due by 5/11/2006. Joint Discovery Plan due by 5/11/2006. Pretrial Conference set for 5/22/2006 02:00 PM in Great Falls, MT before Judge Sam E. Haddon.. Signed by Judge Sam E. Haddon on 3/24/2006. (rew, ) (Entered: 03/24/2006) |
| 03/23/2006 | 5 | MOTION for Jerome v. Bales to Appear Pro Hac Vice by Burns & McDonnell Engineering Company-Prop Order submitted to Judge Haddon; did not receive fee, called cnsl for $250.00 check per ea PHV (rew, ) (Entered: 03/23/2006) |
| 03/23/2006 | 4 | MOTION for Kenton E. Snow to Appear Pro Hac Vice by Burns & McDonnell Engineering Company-Prop Order submitted to SEH; No Money was received (rew, ) (Entered: 03/23/2006) |
| 03/23/2006 | 3 | WAIVER OF SERVICE Returned Executed by William H. Anderson. William H. Anderson by Matthew McLean waiver sent on 2/9/2006, answer due 4/10/2006. (rew, ) (Entered: 03/23/2006) |
| 03/10/2006 | 2 | ANSWER to Complaint with Jury Demand by William H. Anderson. To SEH for setting of PPTC, case at issue.(LJM, ) (Entered: 03/10/2006) |
| 12/27/2005 | | Filing fee: $ 250, GF receipt number 400 36833, CK # 4618 (LJM, ) (Entered: 12/30/2005) |
| 12/27/2005 | 1 | COMPLAINT against William H. Anderson (Filing fee $ 250.) , filed by Burns & McDonnell Engineering Company.(LJM, ) (Entered: 12/30/2005) |

UNITED STATES OF AMERICA } ss
DISTRICT OF MONTANA

I, Patrick E. Duffy, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office.

Dated this 28th day of Jan 2007

PATRICK E. DUFFY, Clerk

Deputy