**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**GREAT FALLS DIVISION**

FILED
GREAT FALLS DIV.
07 NOV 21 AM 10 19
CLERK
BY __________
DEPUTY CLERK

BURNS & McDONNELL ENGINEERING COMPANY, INC.,

Plaintiff,

vs.

WILLIAM H. ANDERSON d/b/a ANDERSON ENGINEERING,

Defendant.

No. CV 05-122-GF-SEH

**ORDER**

Pending before the Court are:

1. Plaintiff's Motion to Transfer Action Against Defendant United States Army Corps of Engineers to Federal Court of Claims;

2. Defendant United States' Motion to Dismiss;

3. Plaintiff's Motion to Compel Mediation; and

4. Defendant United States' Motion to Stay Court Deadlines.

Plaintiff acknowledges this Court is without jurisdiction to hear the claims against the United States Army Corps of Engineers, Counts V and VI of the First Amended Complaint, and requests transfer of those claims to the United States Federal Court of Claims.

ORDERED:

1. Plaintiff's Motion to Transfer Action Against Defendant United States Army

Corps of Engineers to United States Court of Federal Claims[1] is GRANTED. Counts V and VI of the First Amended Complaint are transferred to the United States Court of Federal Claims. 28 U.S.C. §1631.

2. Defendant United States' Motion to Dismiss[2] and Motion to Stay Court Deadlines[3] are DENIED as moot.

3. Plaintiff's Motion to Motion to Compel Mediation[4] is DENIED as moot.

4. The case caption is amended as shown above, to reflect the transfer of the United States Army Corps of Engineers to the United States Court of Federal Claims.

DATED this 21st day of November, 2007.

Sam E. Haddon
SAM E. HADDON
United States District Judge

[1] Docket No. 94.

[2] Docket No. 80.

[3] Docket No. 82.

[4] Docket No. 78.

UNITED STATES OF AMERICA } SS
DISTRICT OF MONTANA

I, Patrick E. Duffy, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office

Dated this 29th day of Jan 2008

PATRICK E. DUFFY, Clerk

By [signature] Deputy