# In the United States Court of Federal Claims

No. 08-75C
(Filed: March 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

BURNS & McDONNELL
ENGINEERING COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court will hold a telephonic status conference Wednesday, April 9, 2008, 4:00 p.m. eastern (3 p.m. central) to discuss plaintiff's motion to compel mediation and brief in support. The call will be placed from chambers.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge