# In the United States Court of Federal Claims

No. 08-75C
(Filed: April 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

BURNS & McDONNELL
ENGINEERING COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff filed a motion to compel mediation on March 24, 2008. Defendant responded on March 31, 2008. A telephonic status conference to discuss plaintiff's motion was held on April 9, 2008. At the telephonic conference, the parties represented that the underlying dispute between the United States Army Corp of Engineers ("COE") and plaintiff had been addressed through a settlement agreement. Paragraph three of that agreement requires the parties to enter in to mediation proceedings if the plaintiff discovers information validating its position that the COE knew or should have known of surveying errors earlier in the project.

At the conference, the defendant represented that the COE was prohibited from engaging in any mediation procedures due to the filing of the present suit. Accordingly, the court proposed remanding the mediation issue to the COE pursuant to its authority under 28 U.S.C. § 1491(a)(2), which states that "[i]n any case within its jurisdiction, the court shall have the power to remand appropriate matters to any administrative or executive body or official with such direction as it may deem proper and just." The parties are hereby ordered to file responses to a proposed remand order on or before April 25,

2008.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge