# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS

BURNS & McDONNELL ENGINEERING COMPANY, INC.,

Plaintiff,

vs.

UNITED STATES ARMY CORPS OF ENGINEERS,

Defendant.

Case No. 08-75C

STATE OF MISSOURI )
) ss.
COUNTY OF JACKSON )

## AFFIDAVIT OF KENTON E. SNOW

1. I am counsel for Burns & McDonnell Engineering Company, Inc. ("B&M").

2. On April 13, 2006, I forwarded a copy of Mr. McLean's letter of December 20, 2005, regarding the issue of "early discovery" to Mr. Gary Henningsen, counsel for the United States Army Corps of Engineers ("COE"). A copy of Mr. McLean's December 20, 2005, letter is attached hereto as Appendix 1.

3. On or about October 17, 2007, I forwarded a copy of another letter received from Mr. McLean on the issue of early discovery to Mr. Mark Smith, counsel for the COE. A copy of Mr. McLean's October 17, 2007, letter is attached hereto as Appendix 2.

4. On several occasions prior to November 27, 2007, Mr. Stanley Tracey, counsel for the COE, informed me that it would be a "waste of time" for B&M to comply with the dispute resolution procedures contained in the Settlement Agreement between B&M and the COE dated April 13, 2005.

5. On several occasions prior to November 27, 2007, I forwarded copies of depositions taken in the action captioned *Burns & McDonnell Engineering Company, Inc. v. William H. Anderson d/b/a Anderson Engineering and United States Army Corps of Engineers*, Case No. CV05-122-GF-SHE, In the United States District Court, District of Montana, Great Falls Division, in which witnesses testified that the COE should have discovered the Anderson surveying error and thereby mitigated the damages the COE incurred.

Kenton E. Snow

27th The foregoing Affidavit of Kenton E. Snow was subscribed and sworn to before me this day of May, 2008.

Sheri L Waters
Notary Public in and for Said County and State

My commission expires:

SHERI L. WATERS
Commission #07391143
Notary Public-Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: Feb. 19, 2011



CC 2009238v1