# EXHIBIT C

Burns & McDonnell
SINCE 1898

27 November 2007

VIA CERTIFIED MAIL

Ted Streckfuss
United States Army Corps of Engineers
Omaha District
106 South 15th Street
Omaha, Nebraska 68102-1618

Burns & McDonnell/Fort Peck Project

Dear Mr. Streckfuss:

Pursuant to the parties' April 13, 2005 Settlement Agreement, I am writing to "raise the issue" of early discovery with you.[1]

Please contact me at your earliest convenience so that we can discuss this matter. I look forward to hearing from you soon.

Sincerely,

Robert Bradford

Robert Bradford

cc: Mark Smith (via facsimile and Certified Mail)
Ken Snow (via facsimile)
Gerry Bukowski (via facsimile)

[1] Burns & McDonnell believes that it has previously satisfied its obligations under the parties' Settlement Agreement dated April 13, 2005, and that the Corps of Engineers has waived its right to demand enforcement of the pre-mediation procedures set forth in the Agreement. Nothing contained in this letter should be viewed as inconsistent with or as a waiver of Burns & McDonnell's position on this issue.

BEST PLACES TO WORK BUSINESS JOURNAL 2006

9400 Ward Parkway
Kansas City, Missouri 64114-3319
Tel: 816 333-9400
Fax: 816 333-3690
www.burnsmcd.com