# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BURNS & McDONNELL ENGINEERING COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 08-75C |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| Defendant. | ) | |

STATE OF MISSOURI )
) ss.
COUNTY OF JACKSON )

## AFFIDAVIT OF ROBERT BRADFORD

1. I was the Project Manager for Burns & McDonnell Engineering Company, Inc. on the Fort Peck Fish Hatchery Project in Fort Peck, Montana.

2. On November 27, 2007, pursuant to the Settlement Agreement dated April 13, 2005, I sent a letter via certified mail to Mr. Ted Streckfus, Project Manager for the United States Army Corps of Engineers, raising the issue of early discovery, a copy of which is attached hereto as Appendix 1.

3. At no time after November 27, 2007, did Mr. Streckfus contact me to discuss the issue of early discovery.

[signature]
Robert Bradford

The foregoing Affidavit of Robert Bradford was subscribed and sworn to before me this 27 day of May, 2008.

Paula M. Annan
Notary Public in and for Said
County and State

My commission expires:

01/08/2011

PAULA M ANNAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: January 08, 2011
Commission Number: 07992872