IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BURNS & McDONNELL<br>ENGINEERING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-75C<br>(Senior Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time, to and including June 30, 2008, within which to file a reply to plaintiff's response to our motion to dismiss or, in the alternative, motion for summary judgment. The reply is currently due June 13, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff, Burns & McDonnell Engineering Company, Inc., has no objection to this motion.

The enlargement is requested because defendant's counsel of record requires additional time to review plaintiff's response, coordinate the preparation of a reply with agency counsel, and to receive internal review of the reply especially since counsel of record is currently preparing for an argument scheduled before the United States Court of Appeals for the Federal Circuit on June 5, 2008, in Franklin v. Department of Treasury, Case No. 2008-3053. Counsel only learned she would be arguing the case on May 29, 2008, because the attorney originally assigned to the case is currently trying a case in Alaska. Following the argument, counsel of record will be working diligently to prepare a reply brief to a 34-page response in Metrotop Plaza

Associates v. United States, Case No. 07-811 (Fed. Cl.), and anticipates that the petitioner in DiLorenzo v. Department of Veterans Affairs, Case No. 2008-3211 (Fed. Cir.), will be filing an informal brief within the next week to which a response brief involving the review of a lengthy administrative record will be required.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time to and including June 30, 2008, within which to file a reply to plaintiff's response to our motion to dismiss or, in the alternative, motion for summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

June 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN