# In the United States Court of Federal Claims

No. 08-75C
(Filed: August 6, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *

BURNS & McDONNELL
ENGINEERING COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to RCFC 40.1(b), it is ORDERED that this action shall be transferred to Judge Christine O.C. Miller. Judge Miller has agreed to the transfer. The Clerk is directed to take the action necessary to reflect this transfer on the docket of the court.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge