# In the United States Court of Federal Claims

**No. 08-75 C**
**Filed: August 7, 2008**

**BURNS & MCDONNELL ENGINEERING COMPANY, INC.**

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Christine O.C. Miller**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

s/John S. Buckley
Acting Clerk of Court