IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BURNS & McDONNELL<br>ENGINEERING COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-75C<br>(Judge Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a one-month enlargement of time, to and including September 22, 2008, to either file a stipulation of dismissal or for plaintiff, Burns & McDonnell Engineering Company, Inc. ("B&M"), to respond to the Court's August 8, 2008 order (DE #20). The response is currently due August 20, 2008. This is the parties' first request for an enlargement of time since the Court issued the August 8, 2008 order.

On August 8, 2008, the Court issued an order on the United States' motion to dismiss requesting that by August 20, 2008, the parties either file a stipulation of dismissal or that B&M file a supplemental brief. The parties are currently engaged in settlement negotiations which they believe may result in a dismissal of this action without prejudice without the need for further litigation. Additional time is needed to continue the discussions, especially in light of the fact that counsel for B&M has been traveling out of state for depositions and counsel for the United States will be out of the office from August 22, 2008 through September 1, 2008. The parties regret filing this motion on such short notice. Due to the unexpected travel of B&M's counsel, the parties encountered unforseen difficulty in communicating regarding the filing of this motion.

For the foregoing reasons, the parties respectfully request that the Court grant this motion for an enlargement of time by one-month, to and including September 22, 2008, to either file a stipulation of dismissal or for B&M to respond to the Court's August 8, 2008 order.

Respectfully submitted,

s/ Kenton E. Snow
KENTON. E. SNOW
LATHROP & GAGE L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108-2684
Tel: (816) 292-2000
Fax: (816) 292-2001

Attorneys for Plaintiff

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

Attorneys for Defendant

August 20, 2008

CERTIFICATE OF FILING

I hereby certify that on this 20th day of August, 2008, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN