# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**BURNS & McDONNELL ENGINEERING COMPANY, INC.,** *
Plaintiff, *

v. * No. 08-75C

**THE UNITED STATES,** * (Filed Sept. 17, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties' Joint Motion for Enlargement of Time filed this date is granted. Plaintiff shall file its supplemental brief by October 22, 2008, if a stipulation of dismissal has not been filed by that date.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge